```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DIAZ et al,<br><br>　　　　Plaintiffs,<br><br>　　-against-<br><br>MONSANTO COMPANY,<br><br>　　　　Defendant. | 20-cv-2317 (JSR)<br><br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

　　On March 16, 2020, the plaintiffs filed the complaint in this action and shortly thereafter requested a summons which was duly issued on March 18, 2020. Nevertheless, it appears that plaintiffs have not served defendant Monsanto Company, even though such service could presumably be effected through the appropriate official in either Delaware or Missouri notwithstanding the COVID-19 crisis. In any event, the Court notified plaintiffs' counsel that, with or without his adversary, he should telephone the Court on April 17, 2020 at 11:00 am for an initial conference. Plaintiffs' counsel failed to do so. Accordingly, it appears that plaintiffs' counsel has abandoned the case. The Court therefore hereby dismisses the case without prejudice.

　　SO ORDERED.

Dated:　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

2

April 17, 2020                    JED S. RAKOFF, U.S.D.J.